United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN M GARCIA, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-331 |
| | § § | |
| UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION FOR REMAND

On this date, the Court considered Plaintiffs Motion for Remand (Dkt. No. 3). Upon consideration of the Motion and the Notice of Defendants' Agreement to Remand to State Court (Dkt. No. 4), the Court is of the opinion that the Plaintiffs' Motion to Remand should be **GRANTED.**

It is hereby ORDERED that this case be REMANDED back to the 398th Judicial District Court of Hidalgo County, Texas.

SO ORDERED this 30th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge